**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LIZANDRA FIGUEROA,

    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　　　CASE NO. 6:08-CV-14-ORL-19KRS

AGE WISE, INC.,
STEVEN E. MARTIN,

    Defendants.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 39, filed December 4, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 39) is **ADOPTED and AFFIRMED.** The Joint Motion for Approval of Settlement Agreement (Doc. No. 37, filed December 2, 2008) is **GRANTED,** and the compensation Plaintiff will receive pursuant to the Settlement Agreement is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues. The Court declines to reserve jurisdiction to enforce the settlement agreement. This case is **DISMISSED WITH PREJUDICE** as to all parties, and the Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this   16th   day of December, 2008.

*[signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record